**Order entered March 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00839-CR
No. 05-12-00840-CR

**JUAN FRANCISCO TURCIOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-70886-P, F11-70896-P**

## ORDER

The Court **GRANTS** appellant's March 26, 2013 motion to expedite submission of the

appeals only to the extent that the appeals will be submitted on the next available docket.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE